# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

LEE ALAN HARPER,        )
        )
    Plaintiff,      )
        )     No. 3:12-cv-00257
        )
v.        )
        )     Judge Nixon
CAROLYN W. COLVIN,     )     Magistrate Judge Brown
Commissioner of Social Security,  )
        )
    Defendant.    )

## ORDER

Pending before the Court is Plaintiff Lee Alan Harper's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 12), filed with a Brief in Support (Doc. No. 12-1). Defendant Commissioner of Social Security filed a Response. (Doc. No. 13.) Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 16 at 24.) The Report was filed on June 25, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the ___17th___ day of July, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT